UNITED STATES of America, Plaintiff–Appellee,

v.

Carl BLAISE, a/k/a Carl Malaskiewicz, a/k/a John Doe, a/k/a Carl Coydic, a/k/a Carl Blais, Defendant–Appellant.

No. 03–6636.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 17, 2003.

Carl Blaise, pro se. Dennis Michael Kennedy, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Carl Blaise seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C. § 2255 (2000) and motion to reconsider. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims

are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Blaise has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*